IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE |
| | : | |
| LAWANDA MITCHELL, | : | NO. 1:10-CR-265-03-RWS/AJB |
| | : | |
| Defendant. | : | |

## ORDER CERTIFYING CASE READY FOR TRIAL

Counsel for the parties have reported to the Magistrate Judge that they have met regarding discovery. Defendant's counsel has advised the Court that the evidentiary hearing on her motion for Jackson-Denno hearing, [Doc. 75], is not necessary; therefore, the motion is deemed **WITHDRAWN**. All other pretrial matters where disposed of at the pretrial conference. There are no problems relating to the scheduling of the trial.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby declared **CERTIFIED READY FOR TRIAL**.[1]

---

[1] Since matters pertaining to Defendant's codefendants still are pending, the District Court is not required to place this Defendant's case on the trial calendar at this time. 18 U.S.C. § 3161(h)(6).

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this the 6th day of December, 2010.

```
                            _____
                            ALAN J. BAVERMAN
                            UNITED STATES MAGISTRATE JUDGE
```